CLAPP vs. VAN EPPS.

Sheriff's fees on bringing up a prisoner on a habeas corpus ad testificandum, are regulated by the fee bill.

TAXATION of costs. The plaintiff charged for fees due sheriff for bringing up a witness on a *habeas corpus ad testificandum* at the following rates, viz.: Attendance per diem, $3; expenses per diem, $1,50; mileage, 19 cts. per mile; and relied upon 9 Johns. R. 328, and 13 id. 123. The defendant insisted that the sheriff was entitled only to the allowance made by the fee bill in 2 R. L. 20.

*J. P. Cushman*, for plaintiff.

*Dutcher & Harris*, for defendant.

*By the Court*, SAVAGE, Ch. J. The allowance approved by the court in *Smith* v. *Birdsall*, (9 Johns. R. 328,) was to an officer for bringing up a sheriff on an *attachment* for con-

tempt in not returning process. For such service no provis- ALBANY,
ion was made in the fee bill, and the verdict of the jury was January, 1830.
approved as a reasonable allowance. Here the prisoner was The People
brought up on a *habeas corpus ad testificandum ;* the fees of v.
the sheriff are expressly regulated by the fee bill and fixed at Mather.
$1,50, besides mileage at the rate of 12½ cents per mile,
which we have said may be computed as well for returning
from as going to the place of trial. (7 Cowen, 424.) Let
the bill be taxed accordingly.